# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Manuel Baez,  Plaintiff  v.  C/O Froehlich, et al.  Defendant | No. 1:20-cv-00148 (Erie)  Hon. Richard A. Lanzillo  United States Magistrate Judge |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:** October 18, 2021
**Time:** 10:30 AM until 10:48 AM
**Type of Conference:** Status Conference
**Reporter:** Janis Ferguson
**Deputy Clerk/Law Clerk:** John (Sean) Heasley

**Counsel for Plaintiff**

Manuel Baez, Pro Se

**Counsel for Defendant**

Deputy Atty. Gen. Justin A. Gayle
Deputy Atty. Gen. Annamarie Truckley

## Orders, Remarks, Instructions

A telephonic status conference was conducted this morning to clarify the Plaintiff's intentions regarding the continued progress of this case, to wit, whether he intended to stand on his remaining claims against certain defendants or file an amended complaint.

Plaintiff indicated his desire to amend his previous claims via the amended complaint docketed at ECF No. 86.

The Court indicated that it would vacate its prior order of dismissal and reinstate the Defendants who have been sued in the Amended Complaint. That order will be filed separately.

Finally, upon inquiry by the Plaintiff, the Court explained that engaging in a period of discovery is premature at this stage of the litigation.